**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
## VA 2-455-948
**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
August 05, 2025



## Title

    **Title of Work:** Blossoms of Silence

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** April 07, 2017
    **Nation of 1st Publication:** Indonesia

## Author

-     **Author:** Stephanie Forbes
    **Author Created:** 2-D artwork
    **Citizen of:** Indonesia

## Copyright Claimant

    **Copyright Claimant:** Stephanie Forbes
    Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, 80361, Indonesia

## Certification

    **Name:** Daniel Lachman
    **Date:** April 07, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-703

**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
August 04, 2025

---

### Title
    **Title of Work:** Duality of the Rising Sun

### Completion/Publication
    **Year of Completion:** 2017
    **Date of 1st Publication:** January 19, 2017
    **Nation of 1st Publication:** Indonesia

### Author

- **Author:** Stephanie Forbes
    **Author Created:** 2-D artwork
    **Citizen of:** Indonesia

### Copyright Claimant
    **Copyright Claimant:** Stephanie Forbes
    Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, Indonesia

### Certification
    **Name:** Daniel Lachman
    **Date:** April 07, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-953**

**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
August 05, 2025



## Title

- **Title of Work:** Guardian of the Twin Blades

## Completion/Publication

- **Year of Completion:** 2017
- **Date of 1st Publication:** July 25, 2017
- **Nation of 1st Publication:** Indonesia

## Author

- **Author:** Stephanie Forbes
- **Author Created:** 2-D artwork
- **Citizen of:** Indonesia

## Copyright Claimant

- **Copyright Claimant:** Stephanie Forbes
  Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, 80361, Indonesia

## Certification

- **Name:** Daniel Lachman
- **Date:** April 07, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-952

**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Inner Peace

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 23, 2018
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Stephanie Forbes
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Stephanie Forbes
Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, 80361, Indonesia

## Certification

**Name:** Daniel Lachman
**Date:** April 07, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
## VA 2-455-951
**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
August 05, 2025



## Title

**Title of Work:** Maneki-Neko's Blessing

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 15, 2021
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Stephanie Forbes
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Stephanie Forbes
Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, 80361, Indonesia

## Certification

**Name:** Daniel Lachman
**Date:** April 07, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-950**

Effective Date of Registration:
April 07, 2025
Registration Decision Date:
August 05, 2025



## Title

- **Title of Work:** Messenger of the Spider Lily

## Completion/Publication

- **Year of Completion:** 2021
- **Date of 1st Publication:** August 10, 2021
- **Nation of 1st Publication:** Indonesia

## Author

- **Author:** Stephanie Forbes
- **Author Created:** 2-D artwork
- **Citizen of:** Indonesia

## Copyright Claimant

- **Copyright Claimant:** Stephanie Forbes
  Lestari Studio - Unit 6 Gg. Wayan No.29, Umalas, Kerobokan Kelod, Kec. Kuta Utara, Kabupaten Badung, 80361, Indonesia

## Certification

- **Name:** Daniel Lachman
- **Date:** April 07, 2025

